1  Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
2  Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
   Sarachek Law Firm
3  670 White Plains Road #PH
   Scarsdale, New York 10583
4  joe@sarscheklawfirm.com, (646) 517-5420
   zachary@sarascheklawfirm.com (646) 519-4396
5  *Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

6  **UNITED STATES BANKRUPTCY COURT**

7  **DISTRICT OF NEVADA**

| 8 | In re | Case No. BK-S-19-18056-ABL **(Lead Case)** |
|---|---|---|
| 9 | WELSCORP, INC. | **Consolidated under BK-S-19-18056-ABL with:** |
| 10 | | Case No. BK-S-20-11597-ABL |
| 11 | Debtor. | Case No. BK-S-20-11211-ABL |
| 12 | ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC | Case No. BK-S-20-11215-ABL<br>Chapter 7 |
| 13 | ☐ Affects Wellington Sports Club, LLC | |
| 14 | ☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | |
| 15 | | |
| 16 | LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE | **ADVERSARY PROCEEDING** |
| 17 | | Case No. 21-01199-ABL |
| 18 | Plaintiff, | |
| 19 | vs. | |
| 20 | MUSALIH EL-AMIN and CROWN MEDIA SERVICES, INC. | |
| 21 | Defendants. | |

22
23  **AFFIDAVIT OF SERVICE**

24  STATE OF NEW YORK         )
                              ) ss:
25  COUNTY OF WESTCHESTER     )

26  I, Denise Fava, declare:

27     1. I am over the age of 18 years and not a party to the above captioned matters.

28

1

2. I am employed by Sarachek Law Firm ("SLF"), 670 White Plains Road, Penthouse Fl., Scarsdale, New York 10583

3. On the 9th day of November, 2021, I caused to be served the *Summons*, the *Adversary Complaint*, the *Adversary Complaint Packet*, the *Adversary Standard Discovery Plan or Request for Waiver of Filing Discovery*, and the *Adversary Proceeding Procedures* packet via USPS First Class Mail upon the parties as set forth below:

> **MUSALIH EL-AMIN**
> 10425 SOUTH LONGWOOD DRIVE
> CHICAGO, IL 60643
>
> **CROWN MEDIA SERVICES, INC**.
> ATTN: MUSALIH EL-AMIN
> 10425 SOUTH LONGWOOD DRIVE
> CHICAGO, IL 60643

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed this 9th day of November, 2021, Scarsdale, New York.

By ___/s/ Denise Fava_____
Denise Fava

Sworn before me this
9th day of November, 2021

/s/ Zachary E. Mazur
Notary Public, State of New York, No. 02MA6404012
Westchester County, Commission Expires February 10, 2024